UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SHARON BAKER, ET AL.,
    Plaintiffs,

    v.                                   CIVIL ACTION
                                        NO. 10-11651-NMG
ANTHEM UM SERVICES, INC.,
    Defendant.

## MEMORANDUM AND ORDER

GORTON, D.J.

    On October 8, 2010, this Court issued a Memorandum and Order (Docket No. 3) directing Plaintiffs Matthew and Sharon Baker to file, within 35 days, a signed, Amended Complaint setting forth their claims in accordance with Rule 8 of the Federal Rules of Civil Procedure. Additionally, Plaintiff Sharon Baker was directed to file, within 21 days, a Motion for Leave to Proceed *in forma pauperis* signed under the penalties of perjury, failing which, her claims would be dismissed.

    To date, no pleadings have been filed by either of the Plaintiffs in compliance with the Memorandum and Order, and the time period for doing so has expired.

    Accordingly, for the failure of Plaintiff Sharon Baker to comply with the Order with respect to the filing fee, and for the failure of both Plaintiffs to comply with the Order to file an Amended Complaint in accordance with Rule 8, it is hereby Ordered that the above-captioned matter is <u>DISMISSED</u> in its entirety without prejudice.

SO ORDERED.

                                                  <u>/s/ Nathaniel M. Gorton</u>
                                                  UNITED STATES DISTRICT JUDGE

DATED: December 3, 2010